FILED

MAY 13 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 4:22 CR 246 |
| CORD MONROE, aka DAVID SCOTT, ) ) | Title 18, United States Code, Section 1344 |
| Defendant. ) ) | JUDGE LIOI |
| | MAG. JUDGE HENDERSON |

GENERAL ALLEGATIONS

At all times relevant to this Information, unless otherwise specified:

1. Defendant CORD MONROE, aka DAVID SCOTT, resided in Girard, Ohio, in the Northern District of Ohio, Eastern Division, and held himself out as a collector and purveyor of baseball cards.

2. T206 baseball cards were a set of baseball cards issued in packs of tobacco products, from in and around 1909 to in and around 1911.

3. Auctioneer 1 was an online auction service headquartered in San Jose, California, that allowed sellers to place items, including unsigned T206 baseball cards, up for auction and interested buyers to bid on the same.

4. Auctioneer 2 was an auction house headquartered in Exton, Pennsylvania, that specialized in collectable sports memorabilia, including signed T206 baseball cards.

5. Auctioneer 3 was an auction house headquartered in Chester, New Jersey, that specialized in collectable sports memorabilia, including signed T206 baseball cards.

6. Bank 1 was a financial institution headquartered in Malvern, Pennsylvania, the deposits of which were insured by the Federal Deposit Insurance Corporation. Auctioneer 2 banked with Bank 1.

7. Bank 2 was a financial institution headquartered in Charlotte, North Carolina, the deposits of which were insured by the Federal Deposit Insurance Corporation.

8. Bank 3 was a financial institution headquartered in Cherry Hill, New Jersey, the deposits of which were insured by the Federal Deposit Insurance Corporation.

9. Auctioneer 3 banked with Bank 2 and Bank 3.

## The Auction Scheme

10. Defendant purchased unsigned T206 baseball cards from Auctioneer 1. Defendant then forged, and caused to be forged, signatures on the unsigned T206 baseball cards, purporting to be the genuine autograph of the player depicted on the T206 baseball cards. Thereafter, Defendant placed these fraudulently created T206 baseball cards containing forged autographs up for auction with Auctioneer 2, holding them out as if they were genuine.

11. On or about November 21, 2016, Defendant purchased the following unsigned Jap Barbeau T206 baseball card (the "Barbeau Card") from Auctioneer 1 (Image 1). Thereafter, he forged and caused to be forged Jap Barbeau's autograph on the Barbeau Card (Image 2):

 

Image 1: The Barbeau Card (Unsigned)    Image 2: The Barbeau Card (Forged)

2

12. On or about October 31, 2018, Defendant listed the forged Barbeau Card with Auctioneer 2. Defendant falsely and fraudulently represented that the forged Barbeau Card was genuine. The forged Barbeau Card sold at auction for $1,250.20.

13. On or about March 18, 2017, Defendant purchased the following unsigned Eddie Cicotte T206 baseball card (the "Cicotte Card") from Auctioneer 1 (Image 3). Thereafter, he forged and caused to be forged Eddie Cicotte's autograph on the Cicotte Card (Image 4).




Image 3: The Cicotte Card (Unsigned)

Image 4: The Cicotte Card (Forged)

14. On or about July 10, 2017, Defendant listed the forged Cicotte Card with Auctioneer 2. Defendant falsely and fraudulently represented that the forged Cicotte Card was genuine. The forged Cicotte Card sold at auction for $12,925.

15. On or about August 21, 2017, Defendant caused Auctioneer 2 to issue check number 11885 drawn on Bank 1 in the approximate amount of $18,342, which amount included, amongst other things, the proceeds from the auction of the forged Cicotte Card.

16. On or about August 29, 2017, Defendant cashed check number 11885.

17. On or about the following dates, Defendant caused Auctioneer 2 to issue checks drawn on Bank 1 in the following amounts, as proceeds for the auction of the following forged T206 baseball cards:

| Approximate Date | Forged T206 Card | Approximate Check Amount |
|---|---|---|
| November 11, 2015 | Red Murray | $5,560.25 |
| April 5, 2016 | Elmer Flick | $1,858.40 |
| April 5, 2016 | Heinie Zimmerman | $5,733.90 |
| April 5, 2016 | Bob Rhoades | $6,325.85 |
| April 5, 2016 | Paddy Livingston | $1,390.35 |
| October 10, 2016 | Fred Snodgrass | $1,464.60 |

18. On or about the following dates, Defendant caused Auctioneer 3 to issue checks drawn on the following banks in the following amounts, as proceeds for the auction of the following forged T206 baseball cards:

| Approximate Date | Bank | Approximate Check Amount | Forged T206 Card |
|---|---|---|---|
| November 5, 2015 | Bank 2 | $18,810 | Jesse Tannehill |
| | | | Frank Baker |
| May 18, 2016 | Bank 3 | $26,415 | Billy Sullivan |
| | | | Wid Conroy |
| | | | Fred Parent |
| | | | Nap Rucker |

19. Auctioneer 2 lost approximately $35,258.35 as a result of Defendant's scheme.

20. Auctioneer 3 lost approximately $38,100 as a result of Defendant's scheme.

COUNT 1
(Bank Fraud, 18 U.S.C. § 1344)

The Acting United States Attorney charges:

21. Paragraphs 1 through 20 of this Information are re-alleged and incorporated by reference as if fully set forth herein.

22. From on or about July 18, 2017, to on or about August 29, 2017, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant CORD MONROE, aka DAVID SCOTT, knowingly executed and attempted to execute a scheme and artifice to defraud Bank 1, a federally insured financial institution, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of Bank 1, by means of false and fraudulent

4

pretenses, representations, and promises, to wit: that the counterfeit Cicotte Card he placed for auction with Auctioneer 2 was genuine.

In violation of Title 18, United States Code, Section 1344.

MICHELLE M. BAEPPLER<br>
Acting United States Attorney

By: _____
CHELSEA S. RICE, CHIEF
White Collar Crimes Unit